THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-1924

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

ZEIN LLC d/b/a ZEIN'S PIZZA WINGS &
SUBS, and MYPIZZA TECHNOLOGIES,
INC. d/b/a SLICE,

      Defendants.

_____

## **COMPLAINT**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.

("Plaintiff") sues defendants Zein LLC d/b/a Zein's Pizza Wings & Subs ("Zein's") and MyPizza

Technologies, Inc. d/b/a Slice ("Slice") (collectively, the "Defendants"), and alleges as follows:

## **THE PARTIES**

1.    Plaintiff is a corporation organized and existing under the laws of the State of

Florida with its principal place of business located in Broward County, Florida.

2.    Zein's is a limited liability company organized and existing under the laws of the

State of Florida with its principal place of business located at 2099 N. Highland Avenue,

Clearwater, FL 33755.  Zein's agent for service of process is: Samir Zeineding, 2509 Blakeford

Way, Lutz, FL 33559.

3.    Slice is a corporation organized and existing under the laws of the State of Delaware

with its principal place of business located at 902 Broadway, New York, NY 10010. Slice's agent

for service of process is: Ilir Sela, 902 Broadway, New York, NY 10010.

## JURISDICTION AND VENUE

4.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    This Court has personal jurisdiction over Zein's because it has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

6.    This Court has personal jurisdiction over Slice pursuant to Fla. Stat. §§ 48.193(1)(a)(2) because it committed a tortious act within this state, and the exercise of personal jurisdiction over it would not offend traditional notices of fair play and substantial justice. "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state. Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida." Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)); Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was

posted.") (collecting cases).

7.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

**I.      Plaintiff's Business and History**

8.      Plaintiff is in the business of licensing high-end, professional photographs for the food industry.

9.      Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of tens of thousands of professional images.

10.      As of the date of this pleading, Plaintiff charges its clients (generally, grocery stores, restaurant chains, food service companies, etc.) a monthly fee of $999.00 for access to its library of professional photographs.

11.      Plaintiff does not license individual photographs or otherwise make individual photographs available for purchase. Plaintiff's business model relies on its recurring monthly subscription service such that Plaintiff can continue to maintain its impressive portfolio.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

12.     Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, non-transferable license for us of any photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

## II.     The Work at Issue in this Lawsuit

13.     In 2001, Plaintiff created a photograph titled "ChickenWingHot007" (the "<u>Work</u>"). A copy of the Work is exhibited below:



14.     The Work was registered by Plaintiff (pursuant to a work-for-hire agreement with the author that transferred all rights and title in the Photograph to Plaintiff) with the Register of Copyrights on September 26, 2019 and was assigned Registration No. VA 2-019-412. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as <u>**Exhibit "A."**</u>

15.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

### III.   Defendants' Unlawful Activities

16.    Zein's owns and operates a restaurant in Clearwater, Florida. Zein's primarily sells pizza, wings, and subs.

17.    Zein's advertises/markets its business primarily through its website (https://www.zeinspizzawingssubs.com/), social media (e.g., https://www.facebook.com/profile.php?id=100054355098014), and other forms of advertising.

18.    Slice is an online food ordering platform for independent pizzerias. Slice allows pizzeria owners (like Zein's) to offer their products to customers using a mobile-optimized website, where customers can place orders through the Slice app and social media channels.

19.    Slice advertises/markets its business primarily through its website (https://slicelife.com/), social media (e.g., https://www.facebook.com/SlicePizzaApp/), and other forms of advertising.

20.    At all times relevant hereto, Zein's and Slice maintained a contractual relationship whereby Slice provided the software to manage the ordering, operations, and marketing for Zein.

21.    On a date after Plaintiff's above-referenced copyright registration of the Work, Zein's and/or Slice published the Work on Zeins' website (at https://www.zeinspizzawingssubs.com/) as the image associated with Zein's chicken wings menu item:

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228



22.     A true and correct copy of screenshots of Zein's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

23.     Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with Zeins' website, social media, or for any other purpose.

24.     Defendants utilized the Work for commercial use – namely, in connection with the marketing and sale of chicken wings at Zein's.

25.     Upon information and belief, Zein's and/or Slice located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for Zein's own commercial use.

26.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in May 2022.  Following Plaintiff's discovery, Plaintiff (through its agents) notified Defendants in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past

infringement of its Work.

27.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT
### (Slice)

28.     Plaintiff re-alleges and incorporates paragraphs 1 through 27 as set forth above.

29.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

30.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

31.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Slice had access to the Work prior to its own reproduction, distribution, and public display of the Work on Zein's website.

32.     Slice reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

33.     By its actions, Slice directly infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes and for the commercial purposes of Zein.

34.     Alternatively, to the extent Slice did not directly infringe Plaintiff's rights in the Work, Slice is liable for contributory infringement.

35.     "Even though the Copyright Act does not specifically provide for secondary liability, vicarious and contributory copyright infringement are well established principles derived from common law." BUC Int'l Corp. v. Int'l Yacht Council Ltd., 489 F.3d 1129, n. 19

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

(11th Cir. 2007) (citing Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930-31, 125 S. Ct. 2764, 2776, 162 L. Ed. 2d 781 (2005)). "For [a defendant] to be secondarily liable, the [plaintiff] must establish that there has been direct infringement by a third party." Venus Fashions, Inc. v. ContextLogic, Inc., No. 3:16-cv-907-J-39MCR, 2017 U.S. Dist. LEXIS 155748, at * 32 (M.D. Fla. Jan. 17, 2017); Optimum Techs., Inc. v. Henkel Consumer Adhesives, Inc., 496 F.3d 1231, 1245 (11th Cir. 2007) ("contributory infringement claim requires, at a minimum, both an allegation of a direct infringement by a third party, and an allegation of an intentional or knowing contribution to that infringement by the defendant.").

36.     "A claim of contributory copyright infringement arises against one who intentionally induces or encourages the direct infringement of another." Cambridge Univ. Press v. Patton, 769 F.3d 1232, 1242 n.6 (11th Cir. 2014); BUC Int'l Corp., 489 F.3d at 1138 n.19 ("Contributory copyright infringement refers to the intentional inducement, causation or material contribution to another's infringing conduct.").

37.     As Slice guides and implements the marketing plans for its clients, Slice has the ability to influence and control the infringing acts of its clients.

38.     Thus, assuming Slice did not directly infringe, Slice caused or materially contributed to Zein's infringing activity.  Slice encouraged Zein to utilize copyrighted imagery on Zein's website, all while knowing the material was copyright protected.

39.     Slice obtained a direct financial benefit from its own and/or Zein's infringing activities.

40.     Slice's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Notably, Slice itself utilizes a copyright disclaimer on its website ("Copyright © 2022 Slice"), indicating that Slice

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

understands the importance of copyright protection and intellectual property rights.  Further, as a publisher of digital media content, Slice clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

41.   Plaintiff has been damaged as a direct and proximate result of Slice's infringement.

42.   Plaintiff is entitled to recover its actual damages resulting from Slice's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Slice's profits from infringement of the Work, which amounts shall be proven at trial.

43.   Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

44.   Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Slice's conduct.

45.   Slice's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Slice as follows:

a.   A declaration that Slice has infringed Plaintiff's copyrights in the Work;

b.   A declaration that such infringement is willful;

c.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.   Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

9

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Slice, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Slice, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

## <u>COUNT II – COPYRIGHT INFRINGEMENT</u>
### (Zein's)

46.  Plaintiffs re-allege and incorporate paragraphs 1 through 27 as set forth above.

47.  The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

48.  Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

49.  As a result of Plaintiff's reproduction, distribution, and public display of the Work, Zein's had access to the Work prior to its own reproduction, distribution, and public display of the Work on its website and social media.

50.  Zein's reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

51.  By its actions, Zein's infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

52.    Alternatively, to the extent Zein's did not directly infringe Plaintiff's rights in the Work, Zein's is liable for vicarious infringement.

53.    "Even though the Copyright Act does not specifically provide for secondary liability, vicarious and contributory copyright infringement are well established principles derived from common law." BUC Int'l Corp., 489 F.3d at n. 19 (internal citation omitted). "For [a defendant] to be secondarily liable, the [plaintiff] must establish that there has been direct infringement by a third party." Venus Fashions, Inc., No. 3:16-cv-907-J-39MCR, 2017 U.S. Dist. LEXIS 155748, at * 32;

54.    "Vicarious liability occurs when one has the right and ability to supervise the infringing activity and also has a direct financial interest in such activities." Faulkner Press, L.L.C. v. Class Notes, L.L.C., No. 1:08cv49-SPM/AK, 2009 U.S. Dist. LEXIS 61022, at *3 (N.D. Fla. Mar. 31, 2009); Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd., 545 U.S. 913, 930-31 (2005) ("Liability for vicarious copyright infringement arises … even if the defendant initially lacks knowledge of the infringement."); Coach Inc. v. Kim's Mgmt., Inc., No. 1:10-CV-02746-JJOF, 2012 U.S. Dist. LEXIS 179557, at *11 (N.D. Ga. Feb. 28, 2012) ("Vicarious copyright infringement liability is an outgrowth of respondeat superior.") ; UMG Recordings, Inc. v. Bright House Networks, LLC, No. 8:19-cv-710-MSS-TGW, 2020 U.S. Dist. LEXIS 122774 (M.D. Fla. July 8, 2020) ("The doctrine subsequently expanded to cover independent-contractor relationships as well.)

55.    As the owner of the website in question and the entity which retained Slice to design/publish content thereon, Zein's has the right and ability to control the infringing acts of Slice yet declined or failed to stop Slice from engaging in its infringing activity.

56.    Zein's infringement was willful as it acted with actual knowledge or reckless

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

disregard for whether its conduct infringed upon Plaintiff's copyright. Zein's clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

57.   Plaintiff has been damaged as a direct and proximate result of Zein's infringement.

58.   Plaintiff is entitled to recover its actual damages resulting from Zein's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Zein's profits from infringement of the Work, which amounts shall be proven at trial.

59.   Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

60.   Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Zeins' conduct.

61.   Zein's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Zein's as follows:

a. A declaration that Zein's has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Zein's, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Zein's, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

## **Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: August 22, 2022.


COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com
lauren@copycatlegal.com

By: /s/ Daniel DeSouza_____
     Daniel DeSouza, Esq.
     Florida Bar No.:  19291
     James D'Loughy, Esq.
     Florida Bar No.: 0052700
     Lauren M. Hausman, Esq.
     Florida Bar No.: 1035947

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-019-412

**Effective Date of Registration:**
September 29, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-092816. |
| **Previous or Alternate Title:** | Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total. |
| **Content Title:** | PizzaCheese002,   12-16-2001; |

PizzaCheese008,   02-23-2001;
PizzaPepperoni005, 05-20-2001;
PizzaVeggie001,   05-20-2001;

CalzoneSteak001, 09-17-2001;
ChickenWingBBQ013, 07-08-2001;
ChickenWingBuffalo006, 08-09-2001;
ChickenWingBuffalo008, 02-08-2001;

Cauliflower007,        04-13-2001;
ProduceVegetableAsst012, 11-28-2001;
ChickenWingBuffalo015,  04-21-2001;
ChickenWingBuffalo027,  07-21-2001;

ChickenWingBuffalo028, 05-27-2001;
ChickenWingBuffalo036, 05-27-2001;
ChickenWingHot005, 05-28-2001;
ChickenWingHot006, 06-19-2001;

ChickenWingHot007, 03-23-2001;
ChickenBreastDinner001, 12-23-2001;
ChickenBroccoliDinner002, 04-26-2001;
ChickenFriedDinner002, 04-10-2001;

ChickenFriedDinner003, 11-28-2001;
ChickenFriedDinner004, 12-22-2001;
ChickenBreastBnlsSknls012, 06-26-2001;
Stuffing003, 09-15-2001;

TurkeyBurgerGrlMrk001, 06-11-2001;
TurkeyBurgerGrlMrk002, 05-09-2001;
VegetableKabob001, 04-15-2001;
MahiMahi003, 05-28-2001;

TurkeyBurgerGrlMrk003, 09-18-2001;
TurkeyWhole021, 12-29-2001;
TurkeyWhole024, 10-30-2001;

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;

BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007,     04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001,   09-28-2001;
BreadItalianTwisted001,  08-13-2001;
BreadItalianWheat001,   05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001,   08-13-2001;
BreadLemonLoaf001,   01-21-2001;
BreadLightRye,     03-09-2001;

BreadMarble001,   08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004,  09-29-2001;
BreadMarbleRye005,  03-08-2001;
BreadMonkey002,    02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001,     06-17-2001;
BreadNut001,      08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001,     09-21-2001;
BreadGarlic002,     08-13-2001;
BreadGarlic003,     08-13-2001;

BreadGarlic004,     08-13-2001;
BreadGarlic005,     08-13-2001;
BreadGarlic007,     08-27-2001;
BreadGarlic008,     07-14-2001;

BreadGarlic010,     04-16-2001;
BreadGarlic011,     04-16-2001;
BreadGarlic012,     03-19-2001;
BreadGarlic013,     03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001,  06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001,     07-17-2001;

BreadIrishSoda003,     08-13-2001;
BreadIrishSoda004,     02-27-2001;
BreadIrishSoda005,     03-09-2001;
BreadIrishSoda007,     12-20-2001;

BreadIrishSoda008,     12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001,       02-12-2001;

BreadItalian002,   08-13-2001;
BreadItalian003,   04-16-2001;
BreadItalian004,   08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005,   03-12-2001;
BreadItalian006,   04-08-2001;
BreadItalian007,   08-13-2001;
BreadItalian008,   08-13-2001;

BreadItalian009,   05-12-2001;
BreadItalian010,   08-13-2001;
BreadItalian011,   04-13-2001;
BreadItalian012,   11-08-2001;

BreadItalian013,   11-08-2001;
BreadItalian014,   08-23-2001;
BreadItalian015,   08-23-2001;
BreadItalian016,   04-13-2001;

BreadItalian017,   04-13-2001;
BreadItalian018,   04-10-2001;
BreadItalian019,   04-13-2001;
BreadItalian020,   01-14-2001;

BreadItalian021,       08-27-2001;
Vegetables,            11-11-2001;
BreadCornLoavesMini001, 11-11-2001;



BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,      02-13-2001;
BreadFocaccia002,      02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,   12-13-2001;
BreadFrench002,   04-25-2001;
BreadFrench003,   08-13-2001;
BreadFrench004,   01-30-2001;

BreadFrench005,   08-13-2001;
BreadFrench006,   08-13-2001;
BreadFrench007,   08-13-2001;
BreadFrench009,   08-13-2001;

BreadFrench010,   04-27-2001;
BreadFrench011,   12-15-2001;
BreadFrench012,   08-10-2001;
BreadFrench013,   05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,      08-26-2001;
BreadBaguette006,      10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,   07-20-2001;

BreadBanana003,    08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001,    10-09-2001;
BreadBasket002,    07-17-2001;
BreadBasket003,    08-26-2001;

BreadBasket004,    12-12-2001;
BreadBasket005,    08-13-2001;
BreadBasket007,    08-13-2001;
BreadBasket008,    05-13-2001;

BreadBavarian001,    08-13-2001;
BreadBlueberry001,   08-13-2001;
BreadBlueberry002,   02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001,    12-14-2001;
BreadBraided002,    02-13-2001;
BreadCappuchino001,  08-13-2001;

BreadChabaso001,    08-13-2001;
BreadChallah001,    08-13-2001;
BreadChallah002,    08-13-2001;
BreadCiabatta002,   07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001,    07-21-2001;
BreadCinnamon003,    08-13-2001;

BreadCinnamon004,    07-22-2001;
BreadCinnamon005,    04-14-2001;
BreadCoffee001,     08-14-2001;
BreadCorn001,      06-12-2001;

BreadCorn002,      08-13-2001;
BreadCorn004,      04-15-2001.



## Completion/Publication

Year of Completion: 2001
Date of 1st Publication: January 14, 2001
Nation of 1st Publication: United States

## Author

• **Author:** Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel Albrizio
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc.
38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

**Organization Name:** SHORES & OLIVER PC
**Name:** Milton M. Oliver, Esq.
**Email:** milton.oliver@shoresoliver.com
**Telephone:** (774)521-3058
**Alt. Telephone:** (781)910-9664
**Address:** PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

**Name:** Miilton M. Oliver, Esq.
**Date:** October 07, 2016
**Applicant's Tracking Number:** 873-057-311

**Correspondence:** Yes

Exhibit "B"



**Zeins Pizza Wings & Subs**
2091 N Highland Ave, Clearwater, FL 33755
727-447-1873   ★★★★☆  (17 reviews)
Closed until 6:00 PM   Full Hours

CLOSED
Opening at 6:00 PM

## Your Cart

Delivery or Pick up available →

Most Popular Items   Pizza   Breakfast   Appetizers   Salads   Calzones & Strombolis   Subs   Burgers   Pastas   ›

Your cart is empty. Select from the menu to start an order!

## MOST POPULAR ITEMS

| | |
|---|---|
| **Wings**  $15.99 | **Mozzarella Cheese Sticks** Served with 4 oz. Marinara sauce. $7.99 |
| **French Fries** $4.99 | **Cannoli** $3.99 |
| **Turtle Cheesecake** | **Jalapeno Poppers** |
| **Turtle Cheesecake** $3.99 | **Jalapeno Poppers** $7.99 |

## PIZZA

We proudly make our own sauce & pizza dough daily!

| | |
|---|---|
| **Cheese Pizza** Pizza sauce and mozzarella cheese. Classic cheese or create your own pizza. $16.99 | **BBQ Buffalo Chicken Pizza** BBQ chicken, Buffalo sauce, red onions and mozzarella cheese. $21.99 |
| **Four Cheese Pizza** Provolone, mozzarella, parmesan, and cheddar cheese. $21.99 | **Zein's Supreme Pizza** Pepperoni, sausage, mushrooms, pizza sauce, onions, green peppers and extra cheese. $21.99 |
| **White Pizza**  White sauce, ricotta cheese and mozzarella cheese. $19.99 | **Veggie Lovers Pizza** Mushrooms, green peppers, onions, black olives, fresh tomatoes, and garlic. $21.99 |
| **Italian Pizza** White sauce, spinach, fresh tomatoes and garlic. $21.99 | **Chicken Parmigiana Pizza** $21.99 |
| **Pepperoni Pizza** Pizza sauce, mozzarella cheese and pepperoni. $19.99 | **Philly Cheesesteak Pizza**  Steak, green peppers, onions and mushrooms. $21.99 |
| **Hawaiian Pizza**  Ham, pineapple, pizza sauce, and mozzarella cheese. $21.99 | **Gyro Pizza** Gyro meat, tomatoes, and onions. $21.99 |

**Meat Lovers Pizza**

Pizza sauce, Mozzarella cheese, ground beef, ham, pepperoni, sausage and extra cheese.

$21.99

**Zeins Signature Double Decker Pizza**

$29.99

## BREAKFAST

**Breakfast Sandwich**

Ham or bacon or sausage sandwich with egg and cheese on Cuban bread.

$12.99

## APPETIZERS

**French Fries**

$4.99

**Mozzarella Cheese Fries**

$9.99

**Onion Rings**

$5.99

**Jalapeno Poppers**

$7.99

**Mozzarella Cheese Sticks**

Served with 4 oz. Marinara sauce.

$7.99

**Buffalo Shrimp**

$11.99

**Garlic Bread**

$4.99

**Calamari**

$12.99

## SALADS

**Garden Salad**

With Italian dressing.

$12.99

**Chicken Caesar Salad**

With Caesar dressing.

$13.99

**Greek Salad**

With Greek dressing.

$13.99

**Chef Salad**

$13.99

## CALZONES & STROMBOLIS

All served with 4 oz. marinara sauce.

**Calzone**

Ricotta cheese and mozzarella cheese.

$16.99

**Stromboli**

Pepperoni, ham, sausage, onions, and green peppers.

$19.99



## SUBS

All with your choice of toppings.

**Philly Cheese Steak Sub**

Onions, green peppers, mushrooms, mayo, and mustard.

$14.99

**Chicken Philly Sub**

$13.99

**Zein's Philly Sub**
Onions, green peppers, mushrooms, lettuce, tomatoes, and dressing.
$14.99

**Ham & Cheese Sub**
$11.99

**Cuban Sub**
Ham, pork, spiced ham, salami, Swiss cheese, mayo, and mustard.
$12.99

**Meatball Sub**
$13.99

**Chicken Parm Sub**
$13.99

**BLT Sub**
$13.99

## BURGERS

**Hamburger**
Beef patty with lettuce, tomato, onion, mayo, mustard and ketchup.
$6.49

**Bacon Cheeseburger**
Delicious cheeseburger topped with fresh crispy bacon.
$9.99

**Cheeseburger**
Beef patty with cheese topped with lettuce, tomato, onion, mayo, mustard and ketchup.
$6.99

## PASTAS

**Baked Lasagna**
$14.99

**Spaghetti & Meat Sauce**
$14.99

**Spaghetti & Meatballs**
$14.99

**Spaghetti Chicken Parmesan**
$14.99

## WINGS

Our wing sauces are made in-house from scratch. Your choice of mild, medium, hot & BBQ. Your choice of bleu cheese or ranch and celery.

**Wings**
$14.99

## MEDITERRANEAN

**Falafel**
Deep fried blend of chickpeas and seasonings wrapped in pita with tahini sauce lettuce, tomatoes, and pickled...
$8.99

**Chicken Kabob Wrap**
Marinated chicken wrapped in a pita wrap with lettuce, tomato, onion, and tahini sauce.
$12.99

**Stuffed Grape Leaves**
Bundles of meat and rice wrapped in rolled grape leaves.
$15.99

**Kofta Kabob Wrap**
Seasoned ground beef wrapped in a pita wrap with lettuce, tomato, onion, and tahini sauce.
$12.99

**Kofta Kabob**
Seasoned ground beef on skewers, grilled to perfection.
Served with rice, house salad, and tahini sauce.

$18.99

**Tilapia Plate**
Pan-fried seasoned tilapia served with rice house salad
tahini sauce.

$19.99

**Chicken Kabob**
Marinated, seasoned chicken on skewers, grilled to
perfection. Served with rice, house salad, and tahini...

$15.99

**Kolache**
Middle Eastern pie. Your choice of spinach stuffed or
cheese stuffed.

$7.99

**Macarona Bechamel**
Egyptian baked penne pasta.

$15.99

**Baba Ghanoush**
Middle Eastern spread made from eggplant, topped with
olive oil, paprika, garlic, and tahini.

$12.99

**Chicken Shawarma Wrap**
Marinated, seasoned chicken toasted in pita bread with
house salad and tahini sauce.

$12.99

## PLATTERS

All platters & sandwiches come with fries & a can of soda.

**Grilled Chicken Sandwich Platter**
American cheese, lettuce, tomato, and onion.

$13.99

**Chicken Gyro Platter**
Served with tomato, onion, and cream sauce.

$14.99

**Gyro Platter**
Grilled lamb or beef gyro slices, tomato, onion, and
cream sauce.

$14.99

**Zein's Burger Deluxe Platter**

$16.99

## DESSERTS

**Konafa**

$4.99



**Chocolate Cake**

$3.99

**Turtle Cheesecake**

$3.99

**Cannoli**

$3.99



**Brownie**

$3.99

**Baklava**

$3.99



## BEVERAGES

**Soda**

$2.29

**Water**

$1.25

Ratings & Reviews

## 4.2
★★★★☆
17 ratings

**2 Reviews**

Nov 1, 2020

★★★★★

Great taste and quality. Customer service was very nice.

Verified Slice Customer

Was this helpful?   ♡ 0   ⌄ 0                                        ⚐ Flag

May 22, 2020

★★★★★

Early in the morning delivery was swift, Food was great, & the fried items were crispy, without being greasy!

Verified Slice Customer

Was this helpful?   ♡ 0   ⌄ 0                                        ⚐ Flag

**Have a question about this? Ask people who own it.**

[                                                                    ]

ⓘ Start typing and see existing answers. Learn more

**Does Zeins Pizza Wings & Subs have online ordering?**

Answer:   Yes, Zeins Pizza Wings & Subs has online ordering through Slice, the largest pizza brand in the US.

**Does Zeins Pizza Wings & Subs offer delivery?**

Answer:   Zeins Pizza Wings & Subs does offer delivery. Delivery is $3.90.

**Does Zeins Pizza Wings & Subs offer curbside pickup?**

Answer:   Yes, Zeins Pizza Wings & Subs has curbside pickup service available.

**Where is Zeins Pizza Wings & Subs located?**

Answer:   Zeins Pizza Wings & Subs is located at 2091 N Highland Ave, Clearwater, FL 33755.

**What are the hours for Zeins Pizza Wings & Subs?**

Answer:   Zeins Pizza Wings & Subs is closed Sunday. Here are their full Delivery hours. Please remember that these times can change.

Monday: 6:00 pm - 1:30 am

Tuesday: 6:00 pm - 1:30 am

Wednesday: 6:00 pm - 1:30 am

Thursday: 6:00 pm - 1:30 am

Friday: 6:00 pm - 4:30 am

Saturday: 6:00 pm - 4:30 am

**What time does Zeins Pizza Wings & Subs close?**

Answer:   Zeins Pizza Wings & Subs closes at 1:30 am every day except Friday, Saturday when they close at 4:30 am.

**What time does Zeins Pizza Wings & Subs open?**

Answer:   Zeins Pizza Wings & Subs opens at 6:00 pm every day of the week. Opening hours can change, however, so please check back from time to time.

**Is Zeins Pizza Wings & Subs open on Sunday?**

Answer:   Zeins Pizza Wings & Subs is usually closed on Sundays.

**Does Zeins Pizza Wings & Subs have any deals?**

Answer:   Zeins Pizza Wings & Subs is not currently offering deals.

**What food is served at Zeins Pizza Wings & Subs?**

Answer:   Zeins Pizza Wings & Subs makes healthy pizza, veggie pizza and more!

**Does Zeins Pizza Wings & Subs have wings?**

Answer:   Yes, Zeins Pizza Wings & Subs has wings.

**Does Zeins Pizza Wings & Subs offer vegan or vegetarian pizza?**

Answer:   Yes, Zeins Pizza Wings & Subs has vegetarian pizza but does not have vegan pizza right now.

**Does Zeins Pizza Wings & Subs have thin crust pizza?**

Answer:   It doesn't look like there are thin crust options at Zeins Pizza Wings & Subs.

Slice › FL › Clearwater › 33755 › Zeins Pizza Wings & Subs

**Price:** $$

**Cuisine:** healthy pizza, veggie pizza

**Slice**

**Let Us Help You**

**Get the App**

About Us

Careers

Blog

Pizza Near Me

Pickup Restaurants Near Me

Top Brands

24/7 Support

FAQ

Account

**Browse Pizza Delivery or Pickup by City**

| | | |
|---|---|---|
| New York City | Philadelphia | Nashville |
| Brooklyn | Baltimore | Seattle |
| Bronx | Chicago | San Francisco |
| Staten Island | Las Vegas | Boston |

View All Cities

**Browse Pizza Types**

| | | |
|---|---|---|
| New York Pizza | By the Slice | Grandma Pizza |
| Sicilian Pizza | Gluten Free Pizza | Thin Crust Pizza |
| Veggie Pizza | Neapolitan Pizza | Stuffed Pizza |
| Deep Dish Pizza | Tomato Pie | Thick Crust Pizza |

View All Pizza Types

**Browse Dishes**

| | | |
|---|---|---|
| Caesar Salad | Cookies | Pierogies |
| Cheesecake | French onion soup | Shrimp |
| Cheeseburger Sub | Fried Chicken | Stromboli |
| Cheesesteak | Pasta | Wings |

View All Dishes

**More Restaurants**

| | | |
|---|---|---|
| Umberto's of Long Island | Julian's Little Italy | Granadino's Italian Restaurant |
| Verrazzanos New York Pizza | Jet's Pizza | L'oven Pizza |
| Vinny's Pizza & Ristorante | Queen's Pizza & Restaurant | Westshore Pizza |
| Frank's Pizza & Restaurant | Amore Pizzeria | Vittoria's Pizza 24/7 & Catering |

Do Not Sell My Data   Terms of Service   Privacy   © Copyright 2022 Slice