UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Prepared Food Photos, Inc.,

    *Plaintiff,*

    v.                                                      CASE NO. 8:22-CV-01924-MSS-AEP

Zein LLC et al.

    *Defendants.*

---

NOTICE OF COMPLIANCE WITH ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

NOTICE IS GIVEN THAT:

    1. On November 15, 2022, the Court granted Andrew G. Fiorella, of Benesch Friedlander Coplan & Aronoff LLP permission to appear pro hac vice in the above captioned case. (Doc. No. 17).

    2. On November 15, 2022, the undersigned attests that the $150.00 special admission fee was paid to the Clerk of the United States District Court for the Middle District of Florida.

    3. On November 16, 2022, the undersigned completed the Court's electronic filing requirements.

Dated: November 22, 2022          /s/*Andrew G. Fiorella*
                                               Andrew G. Fiorella (*Pro Hac Vice*)
                                               BENESCH, FRIEDLANDER,
                                               COPLAN & ARONOFF LLP
                                               200 Public Square, Suite 2300
                                               Cleveland, Ohio 44114-2378
                                               Telephone: 216.363.4500

        Facsimile: 216.363.4588
        Email: afiorella@beneschlaw.com
        *Attorney for Defendant MyPizza*
        *Technologies, Inc. d/b/a Slice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 22nd day of November, 2022:

Daniel DeSouza
dan@copycatlegal.com

James D'Loughy
james@copycatlegal.com

Lauren M. Hausman
lauren@copycatlegal.com

                                                      /s/ Andrew G. Fiorella
                                                     Andrew G. Fiorella