UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Prepared Food Photos, Inc.,

    *Plaintiff,*

v.                           Case No. 8:22-cv-01924-MSS-AEP

Zein LLC et al.

    *Defendants.*

---

NOTICE OF DESIGNATION OF LEAD COUNSEL

Mark E. Avsec of the law firm of Benesch Friedlander Coplan & Aronoff LLP, hereby enters his appearance as lead counsel for Defendant MyPizza Technologies, Inc. d/b/a Slice. Please add the undersigned to your service list as lead counsel of record for Defendant MyPizza Technologies, Inc. d/b/a Slice.

Dated: November 22, 2022          /s/*Mark E. Avsec*
                                         Mark E. Avsec (*Pro Hac Vice*)
                                         BENESCH, FRIEDLANDER,
                                          COPLAN & ARONOFF LLP
                                         200 Public Square, Suite 2300
                                         Cleveland, Ohio 44114-2378
                                         Telephone: 216.363.4500
                                         Facsimile: 216.363.4588
                                         Email: mavsec@beneschlaw.com
                                         *Attorney for Defendant MyPizza*
                                         *Technologies, Inc. d/b/a Slice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 22nd day of November, 2022:

Daniel DeSouza
dan@copycatlegal.com

James D'Loughy
james@copycatlegal.com

Lauren M. Hausman
lauren@copycatlegal.com

                                    /s/ Mark E. Avsec
                                    Mark E. Avsec